WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Lewis Hobson, | No. CV-16-02545-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Robert McDonald, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Second Amended Complaint (Doc. 11). On July 6, 2016, the United States District Court for the Eastern District of Pennsylvania granted Plaintiff's application to proceed in forma pauperis, screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2), and ordered Plaintiff to file an amended complaint curing deficiencies noted by the Court (Doc. 2). Plaintiff filed an Amended Complaint (Doc.5) which failed to cure the deficiencies noted by the Court. Rather than screen the Amended Complaint, the Court transferred the action to the United States District Court for the District of Arizona (Doc. 6). Upon receipt of Plaintiff's Amended Complaint, this Court screened the Amended Complaint as required pursuant to 28 U.S.C. § 1915(e)(2). The Court dismissed the Amended Complaint for failure to state a claim upon which relief may be granted and again granted Plaintiff leave to amend to cure the deficiencies contained in the Amended Complaint (Doc. 10). The Court further ordered that the second amended complaint may not be served until the Court screens it. The Court finds

that Plaintiff's Second Amended Complaint is substantially the same as his original and Amended Complaints and does not cure the defects identified in the Court's prior Orders. Plaintiff's Second Amended Complaint fails to state a claim upon which relief may be granted.

Accordingly, for the reasons discussed in the Court's September 14, 2016 Order (Doc. 10) and July 6, 2016 Order (Doc. 2),

**IT IS ORDERED** that Plaintiffs' Second Amended Complaint (Doc. 11) is dismissed. The Clerk of the Court shall terminate this case.

Dated this 2nd day of December, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge